# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 83RD JUDICIAL DISTRICT COURT OF VAL VERDE COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on April 29, 2015, the cause upon appeal to revise or reverse your judgment between

Herman Dwayne Everett, Appellant

V.

Dyna Graciela Arreola, Appellee

No. 04-14-00259-CV and Tr. Ct. No. 27559

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee, Dyna Graciela Arreola, recover her costs of this appeal from appellant, Herman Dwayne Everett.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on July 8, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00259-CV

**Herman Dwayne Everett**

**v.**

**Dyna Graciela Arreola**

(NO. 27559 IN 83RD JUDICIAL DISTRICT COURT OF VAL VERDE COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | SOSTENES MIRELES |
| REPORTER'S RECORD | $788.95 | UNKNOWN | PLAINTIFF HERMAN DWAYNE EVERETT |
| CLERK'S RECORD | $63.00 | PAID | SOSTENES MIRELES II |
| STATEWIDE EFILING FEE | $20.00 | PAID | SOSTENES MIRLES |
| FILING | $100.00 | PAID | SOSTENES MIRELES |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | SOSTENES MIRLES |
| INDIGENT | $25.00 | PAID | SOSTENES MIRLES |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this July 8, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853